1  ROBERT DAVID BAKER, INC.
   Robert David Baker (Bar No. 87314)
2  1611 The Alameda
   San Jose, CA 95126
3  Telephone: (408) 292-8555
   Facsimile: (408) 292-0703
4
   Attorney for Plaintiff
5
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6   Scott G. Lawson (Bar No. 174671)
   50 California Street, 22nd Floor
7  San Francisco, CA 94111
   Telephone:  (415) 875-6600
8  Facsimile:   (415) 875-6700
9
10 Attorneys for International Business Machines Corporation
11
12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                            SAN JOSE DIVISION
15

16 SAM ABBOUD,                              ) Case No.: C04-00017 JW
                                            )
17                  Plaintiff,              )
                                            )
18       v.                                 )
                                            ) STIPULATION AND [PROPOSED]
19                                          ) ORDER MODIFYING SCHEDULING
                                            ) ORDER
20 INTERNATIONAL BUSINESS MACHINES          )
   CORPORATION, JOE SMYTH; JOHN DOE #1;     )
21 JOHN DOE #2; DOES 1-48,                  )
                                            )
22                  Defendants.             )
                                            )
23 _____)

24       The parties hereby stipulate to modify the scheduling order in this case as follows:

25       WHEREAS, the date currently set for exchange of expert-witness information, July

26 14, 2005, pre-dates the close of fact discovery, September 14, 2005;

27       WHEREAS, the parties believe that litigation efficiency will be increased by

28 permitting the parties to complete fact discovery prior to exchanging expert-witness

   information; and

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]

WHEREAS, counsel for defendant is scheduled to be out of the country on November 21, 2005,

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Any party wishing to present expert witness testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume and a written report that complies with Fed. R. Civ. P. 26(a)(2)(B) on or before **September 21, 2005**.

2. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than **November 14, 2005** at 9:00 a.m.

3. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proferring a rebuttal expert shall make the disclosures requires by Federal Rule of Civil Procedure 26(a)(2)(B) shall occur no later than **October 3, 2005**.

4. The Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order shall be filed no later than **November 16, 2005**, and the Preliminary Pretrial and Trial Setting Conference shall occur on **December 5, 2005**.

///
///
///

| | |
|---|---|
| 1 | The parties respectfully request that the Court adopt the above-referenced schedule, |
| 2 | and modify the Court's Scheduling Order, entered October 20, 2004, accordingly. |

ROBERT DAVID BAKER, INC.

Dated: June ___, 2005

/s/ Robert David Baker
Robert David Baker
Attorney for Plaintiff Sam Abboud

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

Dated: June ___, 2005

/s/ Scott G. Lawson
Scott G. Lawson
Attorney for Defendant International
Business Machines Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 07, 2005

/s/ James Ware
JAMES WARE
United States District Judge