```
1  ROBERT DAVID BAKER, INC.
   Robert David Baker (Bar No. 87314)
2  1611 The Alameda
   San Jose, CA 95126
3  Telephone: (408) 292-8555
   Facsimile: (408) 292-0703
4
   Attorney for Plaintiff
5
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6   Scott G. Lawson (Bar No. 174671)
7   Dugan W. Bliss (Bar No. 229623)
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone: (415) 875-6600
9  Facsimile:  (415) 875-6700
10
   Attorneys for International Business Machines Corporation
11
```

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAM ABBOUD, | Case No.: C04-00017 JW |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANT JOE SMYTH WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, JOE SMYTH; JOHN DOE #1; JOHN DOE #2; DOES 1-48, | |
| Defendants. | |

## STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sam Abboud and Defendants International Business Machines Corporation and Joe Smyth, through their respective counsel of record, as follows:

Defendant Joe Smyth is hereby dismissed from this action without prejudice.

Dated: 4-26-05

ROBERT DAVID BAKER, INC.

_____
Robert David Baker
Attorney for Plaintiff Sam Abboud

Dated: 5/16/05

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

_____
Scott G. Lawson
Attorney for Defendant International Business Machines Corporation and Joe Smyth

## ORDER

Pursuant to the foregoing Stipulation to Dismiss Defendant Joe Smyth Without Prejudice, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant Joe Smyth is dismissed from the action without prejudice.

Dated: 9/1/05

/s/ James Ware
JAMES WARE
United States District Judge

STIP. TO DISMISS SMYTH AND [PROPOSED] ORDER   -2-
Case No. C04-00017 JW

50727/80070