ROBERT DAVID BAKER, INC.
Robert David Baker (Bar No. 87314)
1611 The Alameda
San Jose, California 95126
Telephone: (408) 292-8555
Facsimile: (408) 292-0703

Attorney for Plaintiff Sam Abboud

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Scott G. Lawson (Bar No. 174671)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for International Business Machines Corporation

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAM ABBOUD,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, JOE SMYTH; JOHN DOE #1; JOHN DOE #2; DOES 1-48,<br><br>Defendants. | Case No. C04-00017 JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

The parties hereby stipulate to modify the scheduling order in this case as follows:

WHEREAS, a substantive discovery dispute has arisen between Plaintiff and a non-party;

WHEREAS, a hearing to resolve the discovery dispute has been scheduled on an expedited basis;

WHEREAS, to accommodate the resolution of the discovery dispute, Plaintiff requested that certain noticed depositions be scheduled following the close of fact discovery on September 14, 2005;

WHEREAS, the parties believe that litigation efficiency will be increased by permitting the parties to complete fact discovery prior to exchanging expert-witness information and filing dispositive motions; and

WHEREAS, the parties also intend to mediate the matter in October 2005,

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Depositions of IBM witnesses The Person Most Knowledgeable Concerning the Acquisition of the Storage Technology Division by Hitachi, Dilip Kandlur, Dennis Renaud, Wayne Imiano, Stuart Parkin, previously noticed will take place on or before November 4, 2005. The depositions of non-party witnesses Ciarn Fox, Anthony Seales, and Kim Karcher, previously noticed will take place on September 26, 2005.

2. With the exception of the depositions referenced in paragraph 1, no additional discovery will take place following September 14, 2005.

3. The deadlines for exchanging expert-witness information and filing dispositive motions will be modified as follows to take into account the schedule set forth above:

a. The last day for hearing dispositive motions is December 19, 2005.

b. Any party wishing to present expert witness testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume and a written report that complies with Fed. R. Civ. P. 26(a)(2)(B) on or before November 1, 2005.

c. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than November 29, 2005.

d. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proferring a rebuttal expert shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) no later than December 16, 2005.

e. Expert discovery must be completed no later than January 9, 2006.

f. The attorneys who will try the case will confer with one another and file and lodge with Chambers on January 16, 2006 a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order.

g. The attorneys who will try the case will appear on January 30, 2006 at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

The parties respectfully request that the Court adopt the above-referenced schedule, and modify the Court's Scheduling Orders accordingly.

Dated: September 8, 2005

ROBERT DAVID BAKER, INC.

By: [signature]
Robert David Baker
Attorneys for Plaintiff Sam Abboud

Dated: September 8, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: [signature]
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/12/05

/s/ James Ware
JAMES WARE
United States District Judge