United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sam Abboud, | NO. C 04-00017 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| International Business Machines Corporation, et al., | |
| Defendants. | |

The Court deems Defendant's Motion for Summary judgment in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on January 23, 2006 is vacated.

Dated: January 18, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradford K. Newman bradfordnewman@paulhastings.com
Dugan William Bliss duganbliss@quinnemanuel.com
Robert David Baker attyatlaw@earthlink.net
Scott G. Lawson scottlawson@quinnemanuel.com
William A. Morehead williammorehead@quinnemanuel.com

Dated: **January 18, 2006**                    Richard W. Wieking, Clerk

                                By: **/s/ JW Chambers**
                                    **Melissa Peralta**
                                    **Courtroom Deputy**