1 | ROBERT DAVID BAKER, INC.
     Robert David Baker (Bar No. 87314)
2 | 1611 The Alameda
    San Jose, California 95126
3 | Telephone: (408) 292-8555
    Facsimile: (408) 292-0703
4
    Attorney for Plaintiff Sam Abboud
5
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6 |   Scott G. Lawson (Bar No. 174671)
    50 California Street, 22nd Floor
7 | San Francisco, California 94111
    Telephone:    (415) 875-6600
8 | Facsimile:    (415) 875-6700
9 | Attorneys for Defendant International Business
    Machines Corporation
10

**IT IS SO ORDERED**

Judge James Ware

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN JOSE DIVISION**

14

| SAM ABBOUD, | CASE NO. C04-00017 JW |
| --- | --- |
| Plaintiff, | **STIPULATION AND [PROPOSED]** ~~APPENDIX~~ **ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, JOE SMYTH; JOHN DOE #1; JOHN DOE #2; DOES 1-48, | |
| Defendants. | |

1    Because of the facts and changed circumstances set forth below, the parties hereby

2    stipulate to and request that the Court modify the scheduling order in this case as follows:

3    WHEREAS, by its January 18, 2006 Order, the Court vacated the January 23, 2006

4    hearing set for International Business Machines Corporation's ("IBM") Motion for Summary

5    Judgment, or in the alternative, Partial Summary Judgment and deemed IBM's motion appropriate

6    for submission on the papers;

7    WHEREAS, the Court's ruling on IBM's Motion for Summary Judgment, or in the

8    alternative, Partial Summary Judgment is still pending;

9    WHEREAS, due to unavoidable scheduling conflicts, two witnesses, both employees of

10   non-party Hitachi Global Storage Technologies, are not available for deposition until March 10,

11   2006, and March 24, 2006, respectively; and

12   WHEREAS, due to unavoidable scheduling conflicts, George A. Jouganatos, plaintiff's

13   expert on the issue of damages, cannot be made available for deposition until March 10, 2006;

14   WHEREAS, also due to unavoidable scheduling conflicts, the depositions of IBM's

15   rebuttal expert regarding human resources issues, Rhoma Young, and plaintiff's supplemental

16   expert regarding employability of plaintiff, Mel Jacobsen, will not be able to take place until after

17   the currently set deadline for submission of the parties Joint Pretrial Statement;

18   WHEREAS, the hearing on IBM's Motions to Exclude the expert witness reports and

19   proposed testimony of George A. Jouganatos and Amy Oppenheimer, and on plaintiff's Motion to

20   Strike portions of the expert witness report of Steven Clarke is scheduled for April 3, 2006.

21   IT IS HEREBY STIPULATED THAT certain pre-trial dates set forth in the Court's current

22   scheduling order be modified as follows:

23   1.    The attorneys who will try the case will confer with one another and file and lodge

24   with chambers on April 17, 2006 a Preliminary Pretrial and Trial Setting Conference Statement

25   and Proposed Order.

26   2.    The attorneys who will try the case will appear on May 1, 2006 at 11:00 a.m. for a

27   Preliminary Pretrial and Trial Setting Conference.

28

STIP. AND PROP. ORDER MODIFYING SCHEDULING ORDER          -1-          Case No. C04-00017 JW
Case No. C04-00017 JW

1    The parties respectfully request that the Court adopt the above-referenced modifications to

2   the pre-trial schedule, and modify the Court's Scheduling Orders accordingly.

3   DATED:  February 27, 2006          ROBERT DAVID BAKER, INC.

4

5                                       By_____
                                        Robert David Baker
6                                       Attorney for Plaintiff Sam Abboud

7   DATED:  February 27, 2006          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
8

9                                       By_____
                                        Scott G. Lawson
10                                      Attorneys for Defendant
                                        International Business Machines Corporation
11

12  PURSUANT TO THE STIPULATION OF THE PARTIES, THE SCHEDULING ORDER IS
    HEREBY MODIFIED AS SET FORTH IN THE STIPULATION.
13

14  IT IS SO ORDERED.

15  Dated: 03/07/06

16                                      _____
                                        Honorable James Ware
17                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28

50727/1832652.1

STIP. AND PROP. ORDER MODIFYING SCHEDULING ORDER          -2-
Case No. C04-00017 JW