1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10    Sam Abboud,                              NO. C 04-00017 JW

11                Plaintiff,                   **ORDER SETTING HEARING FOR ALL
                                               MOTIONS CHALLENGING EXPERT**
         v.                                    **TESTIMONIES**
12
      International Business Machines Corp.,
13
                Defendant.
14    _____/

15          The parties in the above entitled action have filed four different motions to strike and or

16    exclude certain experts testimonies.  The motions are:

17        1.    Plaintiff's Motion to Strike Portions of Expert Witness Report of *Steven R. Clarke*.
                (See Docket Item No. 78.)
18        2.    Defendant's Motion to Exclude Expert Report and Opinion Testimony *of Amy
                Oppenheimer*.  (See Docket Item No. 79.)
19        3.    Defendant's Motion to Strike Report and Testimony of *George Jouganatos*.  (See
                Docket Item No. 83.)
20        4.    Defendant's Motion to Exclude Expert Report and Opinion Testimony of *Mel
                Jacobson*.  (See Docket Item No. 95.)
21

22    Motions 1-3 are presently scheduled for oral arguments on April 3, 2006.  Motion 4 has been noticed

23    for a hearing on April 10, 2006.  For judicial efficiency, the April 3, 2006 hearing date is vacated.

24    All motions challenging expert testimonies shall be heard on **April 10, 2006 at 9 a.m.**

25

26    Dated:  March 20, 2006                   _____
                                               JAMES WARE
27                                             United States District Judge

28

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradford K. Newman bradfordnewman@paulhastings.com
Dugan William Bliss duganbliss@quinnemanuel.com
Robert David Baker attyatlaw@earthlink.net
Scott G. Lawson scottlawson@quinnemanuel.com
Scott G. Lawson scottlawson@quinnemanuel.com
William A. Morehead williammorehead@quinnemanuel.com

**Dated:  March 20, 2006**                    **Richard W. Wieking, Clerk**

                                   **By:   /s/ JW Chambers**
                                        **Melissa Peralta**
                                        **Courtroom Deputy**