United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sam Abboud, | NO. C 04-00017 JW |
|        Plaintiff, | **ORDER CONTINUING HEARING FOR ALL MOTIONS CHALLENGING EXPERT TESTIMONIES** |
|   v. | |
| International Business Machines Corp., | |
|        Defendant. | |

Please take note that on the Court's own motion, the hearing on the parties' motions to exclude and or strike certain expert reports (listed below) presently scheduled for April 10, 2006 is now set for **April 17, 2006 at 9 a.m.** The motions are:

1. Plaintiff's Motion to Strike Portions of Expert Witness Report of *Steven R. Clarke*. (See Docket Item No. 78.)
2. Defendant's Motion to Exclude Expert Report and Opinion Testimony *of Amy Oppenheimer*. (See Docket Item No. 79.)
3. Defendant's Motion to Strike Report and Testimony of *George Jouganatos*. (See Docket Item No. 83.)
4. Defendant's Motion to Exclude Expert Report and Opinion Testimony of *Mel Jacobson*. (See Docket Item No. 95.)

Dated: March 28, 2006

JAMES WARE
United States District Judge

Case 5:04-cv-00017-JW   Document 109   Filed 03/28/06   Page 2 of 2

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradford K. Newman bradfordnewman@paulhastings.com
Dugan William Bliss duganbliss@quinnemanuel.com
Robert David Baker attyatlaw@earthlink.net
Scott G. Lawson scottlawson@quinnemanuel.com
Scott G. Lawson scottlawson@quinnemanuel.com
William A. Morehead williammorehead@quinnemanuel.com

**Dated: March 28, 2006**                                        **Richard W. Wieking, Clerk**

                                                                 **By:  /s/ JW Chambers**
                                                                          **Melissa Peralta**
                                                                          **Courtroom Deputy**