IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sam Abboud, | No. C 04-00017 JW |
|     Plaintiff, | **ORDER RE: JURY INSTRUCTIONS** |
| v. | |
| International Business Machines Corp., | |
|     Defendant. | |

    The above entitled case is currently scheduled for a Jury Trial on Tuesday, September 18, 2007. To date, the parties have failed to submit their Proposed Jury Instructions as per the requirements of the Court's Preliminary Pretrial Order.[1] (See Docket Item No. 194.) Accordingly, the parties shall file, serve and lodge their Proposed Jury Instructions by **Thursday, September 13, 2007 at 10 AM.** The parties shall save their Proposed Jury Instructions in MS Word or WordPerfect to a 3½ Floppy and attach it to the Chambers' copies.

Dated: September 11, 2007

                                JAMES WARE
                                United States District Judge

---

[1] Though the paragraph itself inadvertently left out Proposed Jury Instructions, the subject heading of Paragraph 5 of the Order provides: **Lodging Witness Lists, Exhibit Lists and Proposed Jury Instructions.** The parties were to submit these instructions at the Final Pretrial Conference, which was held on September 4, 2007.

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Bradford K. Newman bradfordnewman@paulhastings.com
Dugan William Bliss duganbliss@quinnemanuel.com
3  Melissa J Baily melissabaily@quinnemanuel.com
Scott Gregory Lawson scottlawson@quinnemanuel.com
4  William A. Morehead williammorehead@quinnemanuel.com

**Dated:  September 11, 2007**                           **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers            **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
**For the Northern District of California**