IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sam Abboud, | No. C 04-00017 JW |
| Plaintiff, | **ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| International Business Machines Corp., | |
| Defendant. | |

The above entitled case is currently scheduled for a Jury Trial on Tuesday, September 18, 2007. To date, Defendant IBM has made fourteen (14) motions in limine[1] and Plaintiff has made one. Since Defendant has made all but one motions in limine, the Court orders Defendant to organize all motions as follows:

(1) Defendant shall produce a combined folder with all of the in limine motions (including the Plaintiff's motion), oppositions (if any), and replies (if any), respectively. The motion papers shall be clearly marked and separated in one single binder. The binder shall contain a table of contents, listing each motion with a short sentence regarding the grounds for in limine and a short sentence regarding the opposition (if any); all statements must be supported by proper citations to the motions. The table of contents shall also be saved in MS Word or WordPerfect on a 3½ floppy disk to be attached inside the binder.

(2) The binder shall be delivered to the Court (by way of the Clerk's Office) no later than **Thursday, September 13, 2007 by 3 PM.**

Dated: September 11, 2007

*James Ware*
JAMES WARE
United States District Judge

---

[1] Defendant originally made 17 motions but has withdrew Nos. 2, 3, and 6.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradford K. Newman bradfordnewman@paulhastings.com
Dugan William Bliss duganbliss@quinnemanuel.com
Melissa J Baily melissabaily@quinnemanuel.com
Scott Gregory Lawson scottlawson@quinnemanuel.com
William A. Morehead williammorehead@quinnemanuel.com

**Dated: September 11, 2007**     **Richard W. Wieking, Clerk**

                                **By:  /s/ JW Chambers**
                                       **Elizabeth Garcia**
                                       **Courtroom Deputy**