QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Steven G. Madison (Bar No. 101006)
  Scott G. Lawson (Bar No. 174671)
  Melissa J. Baily (Bar No. 237649)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Email:           stevemadison@quinnemanuel.com
                    scottlawson@quinnemanuel.com
                    melissabaily@quinnemanuel.com

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM ABBOUD,<br><br>             Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>             Defendant. | CASE NO. C 04-00017 JW<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>Court:          Honorable James Ware<br>Trial Date:    September 18, 2007 |

50727/2168819.1

1 **IT IS HEREBY ORDERED**:

2     1.    For use throughout the trial beginning on September 18, 2007, Defendant
3 International Business Machines Corporation and its attorneys, paralegals, assistants and trial
4 consultants ("IBM") may bring the following equipment into the courtroom:

5     (a)    a projector;

6     (b)    speakers;

7     (c)    laptop computers; and

8     (d)    miscellaneous cables, power cords, and peripheral equipment.

9     2.    Beginning at 3:30 p.m. on September 17, 2007, IBM may have access to the
10 courtroom to set up the above equipment so that IBM will be prepared to proceed with the trial as
11 scheduled.

13 Dated: September 17, 2007

14 _____
15 The Honorable James Ware
16 United States District Court Judge

50727/2168819.1

Case No. C04-00017 JW
[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM