ROBERT DAVID BAKER, INC.
  Robert David Baker (Bar No. 87314)
1611 The Alameda
San Jose, CA  95126
Telephone:     (408) 292-8555
Fax:           (408) 292-0703

LAW OFFICE OF NIEVE ANJOMI
  Nieve Anjomi (Bar No. 219299)
180 Wells Avenue, Suite 101-B
Newton, MA  02459
Telephone:     (617) 275-6467
Fax:           (617) 244-0194

Attorneys for Plaintiff
SAM ABBOUD

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Steven G. Madison (Bar No. 101006)
  Scott G. Lawson (Bar No. 174671)
  Melissa J. Baily (Bar No. 237649)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Email:         stevemadison@quinnemanuel.com
               scottlawson@quinnemanuel.com
               melissabaily@quinnemanuel.com

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM ABBOUD,<br><br>            Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Defendant. | CASE NO. C04-00017 JW<br><br>[PROPOSED] JUDGMENT |

50727/2225247.1

Case No. C04-00017 JW
[PROPOSED] JUDGMENT

1   WHEREAS, on September 7, 2007, defendant International Business Machines
2   Corporation ("IBM") served on plaintiff Sam Abboud the Offer of Judgment Pursuant to Federal
3   Rule of Civil Procedure 68 attached hereto as Exhibit A; and
4   WHEREAS, on September 17, 2007, plaintiff filed the Notice of Acceptance of Rule 68
5   Offer attached hereto as Exhibit B;
6   NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:
7   1.   Final judgment is entered in favor of plaintiff Sam Abboud and against defendant
8   IBM on plaintiff's Amended Complaint and each and every claim for relief therein.
9   2.   Plaintiff Sam Abboud shall recover one hundred and one thousand dollars
10  ($101,000) from defendant IBM.  This amount shall be the entirety of plaintiff's relief in this
11  matter, shall resolve all claims and defenses herein in their entirety, and is inclusive of costs,
12  expert witness fees, attorneys' fees, and any and all other expenses.
13  The Clerk shall close this file.
14  IT IS SO ORDERED.

16  Dated:   September 27, 2007

_____
Honorable James Ware
United States District Judge

50727/2225247.1

Case No. C04-00017 JW
[PROPOSED] JUDGMENT

# EXHIBIT A

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Steven G. Madison (Bar No. 101006) |
| 2 | Scott G. Lawson (Bar No. 174671) |
| | Melissa J. Baily (Bar No. 237649) |
| 3 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 5 | Email: stevemadison@quinnemanuel.com |
| | scottlawson@quinnemanuel.com |
| 6 | melissabaily@quinnemanuel.com |

Attorneys for Defendant
International Business Machines Corporation

RECEIVED SEP 0 7 2007 BY:_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM ABBOUD, | CASE NO. C04-00017 JW |
| Plaintiff, | **IBM'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Court: Honorable James Ware |
| | Trial Date: September 18, 2007 |
| Defendant. | |

## IBM'S OFFER OF JUDGMENT PURSUANT TO RULE 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation ("IBM") hereby offers to allow entry of judgment against it without trial or adjudication of any fact or law, and without this judgment constituting evidence against or admission by any party with respect to any issue of fact or law, as follows:

Judgment in favor of plaintiff Sam Abboud and against IBM on the claims set forth in the complaint filed November 10, 2003 in Santa Clara County Superior Court for the State of California and removed January 5, 2004 to the Federal District Court, Northern District of California, San Jose Division, in the amount of one-hundred and one thousand dollars ($101,000), which includes any costs, expert witnesses' fees and attorneys' fees awardable by statute, contract or otherwise that have accrued to date, and is the total amount IBM shall be obligated to pay plaintiff on account of any liability claimed herein, including without limitation, any liability for costs of suit, attorneys' fees and any claim for fees payable to expert witnesses and other costs accrued to date that might be recoverable against IBM.

Pursuant to Rule 68, this offer must be accepted within 10 days of its service. The offer is to remain confidential unless and until accepted.

DATED: September 7, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Scott G. Lawson_ /DJR
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

# EXHIBIT B

1  Robert David Baker, Inc.
   Robert David Baker, Esq. (87314)
2  1611 The Alameda
   San Jose, CA 95126
3  (408) 292-8555
   (408) 292-0703 Facsimile
4
   Law Office of Nieve Anjomi
5  Nieve Anjomi, Esq. (219299)
   180 Wells Ave, Ste 101-B
6  Newton, MA 02459
   (617) 275-6467
7  (617) 244-0194 Facsimile

8
   Attorneys for Plaintiff
9  SAM ABBOUD

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14 | SAM ABBOUD,                          | Case No.: C 04- 00017 JW
15 |         Plaintiff,                   |
                                          | **ACCEPTANCE OF RULE 68 OFFER TO**
16 |    vs.                               | **COMPROMISE**
17 | INTERNATIONAL BUSINESS               |
   | MACHINES CORPORATION;                | Date: September 18, 2007
18 |                                      | Time: 1:00 p.m.
   |         Defendant                    | Dept: Hon. James Ware
19 |                                      |
                                          | [TRIAL DATE: SEPTEMBER 18, 2007]

20      Plaintiff hereby accepts Defendant IBM's Offer of Judgment Pursuant to Rule 68 of the
21 FRCP.
22      Respectfully submitted,
23      Dated: September 16, 2007
24
25      _____
        Robert David Baker, Esq.

Abboud v. IBM; CV 04-00017
Notice of Acceptance of Rule 68 Offer

1